IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-01224

**LINDA MEIGHAN**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS, INC.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO: PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Dillon Companies, LLC d/b/a King Soopers, Inc. ("Dillon"), by and through its counsel, Ashley R. Larson and Sara N. Randel, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

1. On or about May 2, 2022, Plaintiff, Linda Meighan ("Ms. Meighan") filed her Complaint and Jury Demand in Denver County District Court, Colorado, Case No. 2022CV31208. The Complaint seeks recovery of damages as to Dillon based on allegations of premises liability. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §

1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Meighan is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1. Plaintiff resides at 860 W. 132nd Avenue, Lot 114, Westminster, CO 80234. *Id.* According to Thompson Reuters PeopleMap Reports dated April 26, 2022, Plaintiff has three vehicles registered in Colorado and has maintained a Colorado address since at least 1993.[1] Dillon Companies, LLC is a wholly owned subsidiary of The Kroger Co., which is its sole member. The Kroger Co. is incorporated in and has a principal place of business in the state of Ohio. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3.

4. The amount in controversy exceeds $75,000. It appears Plaintiff will allege she incurred $595,690 in past medical expenses in the alleged incident. It is believed Plaintiff may also claim past and future lost wages and future medical expenses. *See also* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Thus, the amount in controversy exceeds $75,000.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

---

[1] Full reports in possession of undersigned.

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Dillon has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Dillon was served with Plaintiff's Complaint and Jury Demand in this matter on April 18, 2022. *See* **Exhibit D**. Thus, Dillon's Notice of Removal is due May 18, 2022.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. A copy of all process, pleadings, and orders that were served by the parties are attached and captioned as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit D**   Return of Service;

**Exhibit F**   Summons to Dillon Companies;

**Exhibit H**   Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint;

**Exhibit I**   Proposed Order re: Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint;

**Exhibit J**   Order Granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Denver County.

9. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Denver County in Civil Action No. 2022CV31208. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

10. The register of actions is attached as **Exhibit G**.

WHEREFORE, Defendant, Dillon Companies, LLC d/b/a King Soopers, Inc. respectfully requests that this case be removed from the District Court for the County of Denver County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 18th day of May 2022.

> */s/ Ashley R. Larson*
> Ashley R. Larson
> Sara N. Randel
> Sutton | Booker P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone: 303-730-6204
> Facsimile: 303-730-6208
> E-Mail: alarson@suttonbooker.com
> ***Attorneys for Defendant, Dillon Companies, LLC D/b/a King Soopers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2022, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brian Hugen
Ramos Law
10190 Bannock St., Ste. 200

Northglenn, CO 80260
*Attorneys for Plaintiff*

/s/   Krystle L. Young
*A duly signed original is on file at*
*Sutton | Booker | P.C.*