| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br>303-606-2300 | DATE FILED: May 2, 2022 1:05 PM<br>FILING ID: A2BD518423F94<br>CASE NUMBER: 2022CV31208 |
|---|---|
| Plaintiff: LINDA MEIGHAN<br><br>v.<br><br>Defendants: DILLON COMPANIES, LLC d/b/a KING SOOPERS, INC. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br>Brian Hugen, Esq., #40688<br>RAMOS LAW<br>10190 Bannock Street, Suite 200<br>Northglenn, CO 80260<br>Phone Number: (303) 733-6353<br>Fax Number: (303) 856-5666<br>E-mail: Brianh@ramoslaw.com | Case No:<br><br>Courtroom: |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Linda Meighan, by and through her attorneys, Ramos Law, files a Complaint for damages against the Defendant Dillon Companies, LLC d/b/a King Soopers, Inc., as follows:

1. At all pertinent times, Plaintiff Linda Meighan, resided at and currently resides at 860 W. 132nd Ave., Lot 114, Westminster, Colorado 80234.

2. At all pertinent times, Defendant Dillon Companies, LLC ("Dillon Companies") was the owner and/or operator of the King Soopers grocery store located at 9983 Wadsworth Pkwy., Westminster, Colorado 80021.

3. At all pertinent times, Defendant Dillon Companies, LLC was a Kansas limited liability company with its principal office at 2700 East 4th Street, Hutchinson, Kansas, 67501, and was doing business in the State of Colorado. The registered agent for Dillon Companies, LLC is Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120.

4. Defendant Dillon Companies filed a trade name with the Colorado Secretary of State stating that it was doing business as King Soopers, Inc.

5. At all pertinent times, Defendant Dillon Companies d/b/a King Soopers, Inc. was responsible for the condition of the property located at 9983 Wadsworth Pkwy., Westminster, Colorado 80021.

6. Venue is proper in this Court pursuant to C.R.C.P. 98(c) because the Defendant is a non-resident of the State of Colorado and venue is proper in the county designated in the Complaint.

## FIRST CLAIM FOR RELIEF
## PREMISES LIABILITY

7. The Plaintiff incorporates the prior paragraphs in her Complaint as if fully stated herein.

8. On or about May 19, 2020, the Plaintiff Linda Meighan was shopping at King Soopers at 9983 Wadsworth Pkwy., Westminster, Colorado 80021. Upon information and belief, the Plaintiff Linda Meighan slipped or tripped due to a dangerous condition on the floor which resulted in significant injuries to her.

9. For all relevant times, Linda Meighan was an "invitee" as defined by §13-21-115, C.R.S. of the Defendant and the King Soopers grocery store.

10. For all relevant times, the Defendant Dillon Companies, d/b/a King Soopers, was a "landowner" as defined by C.R.S. §13-21-115, of the King Soopers grocery store at 9983 Wadsworth Pkwy., Westminster, Colorado 80021.

11. Upon information and belief, the Defendant Dillon Companies d/b/a King Soopers, through its agents and employees, may have created the dangerous condition, or knew of a dangerous condition on the property, or as a person or entity using reasonable care, should have known, that a dangerous condition was present on the property where the Plaintiff Linda Meighan slipped or tripped and fell, and knew or should have known that the dangerous condition created a danger of injury to the public.

12. Defendant Dillon Companies d/b/a King Soopers failed to reasonably inspect the aisle where the Plaintiff Linda Meighan fell, failed set up reasonable inspection protocols, failed to timely remove the dangerous condition on the floor, failed to reasonably warn of the danger and failed to reasonably prevent individuals from walking in the area where the dangerous condition was present on the floor.

13. As a sole, direct and proximate cause of the Defendant Dillon Companies d/b/a King Soopers' failure to use reasonable care to protect against the dangers on the property for which it created, or knew or should have known of, the Plaintiff Linda Meighan sustained serious and permanent bodily injuries, past and future health care treatment bills, past and future income losses, past and future noneconomic damages, and past and future physical impairment damages.

WHEREFORE, the Plaintiff Linda Meighan requests that judgment be entered in her favor and against the Defendant Dillon Companies, LLC d/b/a King Soopers, Inc., in an amount to be determined at trial for all economic, non-economic damages, and physical impairment damages allowed by law, plus costs, pre and post judgment interest, and for such other and further relief as the Court deems just and proper.

Exhibit A

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Dated: April 15, 2022

                                  RAMOS LAW

                                  _____
                                  Brian Hugen, Esq. #40688
                                  *Attorneys for Plaintiff*

Plaintiff's Address:
860 W. 132nd Ave., Lot 114
Westminster, Colorado 80234