**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:22-CV-1224**

**LINDA MEIGHAN**

      Plaintiff,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS, INC.**

      Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties stipulate to dismiss with prejudice all claims of the Plaintiff which were brought and could have been brought against the Defendant. The parties agree to pay all their own costs and attorney's fees.

Respectfully submitted this 7th day of June, 2022.

                                RAMOS LAW

                                *A duly signed original is on file at Ramos Law*

                                */s/ Brian Hugen*

                                Brian Hugen, Esq. #40688
                                10190 Bannock Street, Ste 200
                                Northglenn, CO 80260
                                Phone: (303) 733-6353
                                Fax: (303) 865-5666
                                Email: BrianH@ramoslaw.com
                                Attorneys for Plaintiff

SUTTON | BOOKER, PC

*A duly signed original is on file at Sutton | Booker PC*

*/s/ Sara N. Randel*

_____

Ashley R. Larson, Esq., #43561
Sara N. Randel, Esq., #53428
4949 S. Syracuse, Suite 500
Denver, CO 80237
Telephone:  303.730-6204
Email: alarson@suttonbooker.com
srandel@suttonbooker.com
ATTORNEYS FOR DEFENDANT